In the Matter of the Application of STEPHEN G. HUMENN, Petitioner, Respondent, for an Order of Mandamus against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.

PER CURIAM. As petitioner has admitted the attempted fraud in his examination, the order should be reversed, with twenty dollars costs and disbursements, the motion denied and the petition dismissed. (See *Matter of Marinick* v. *Valentine*, 263 App. Div. 564, decided simultaneously herewith.)

Dore, Cohn and Callahan, JJ., concur; Martin, P. J., and Townley, J., dissent and vote to affirm.

Order reversed, with twenty dollars costs and disbursements, the motion denied, and the petition dismissed.